# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1037

_____

George W. Miller,                                     *
                                                      *
                    Appellant,                        *
                                                      *    Appeal from the United States
        v.                                            *    District Court for the
                                                      *    Western District of Missouri.
AMR Corporation,                                      *
                                                      *    [UNPUBLISHED]
                    Appellee.                         *

_____

Submitted: February 5, 2007
Filed: February 5, 2007

_____

Before COLLOTON, HANSEN, and BENTON, Circuit Judges.

_____

PER CURIAM.

George W. Miller appeals the district court's[1] Federal Rule of Civil Procedure 12(b)(6) dismissal of his civil action against AMR Corporation. Upon de novo review, see Springdale Educ. Ass'n v. Springdale Sch. Dist., 133 F.3d 649, 651 (8th Cir. 1998), we conclude that the district court's dismissal was appropriate. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.